IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01570-WYD-PAC

A.P. MOLLER - MAERSK A/S d/b/a MAERSK SEALAND, a Danish corporation,

    Plaintiff(s),

v.

TINGEY TRADING INTERNATIONAL, INC., a Colorado corporation,

    Defendant(s).

**MINUTE ORDER**

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiff's Unopposed Motion to Vacate Deadlines is **GRANTED**.  The Final Trial Preparation Conference scheduled for Friday, May 25, 2007, at 10:00 a.m., and the Trial set for June 4, 2007, are **VACATED**.  The parties shall file their settlement papers on or before **June 1, 2007**.

    Dated:  May 23, 2007