IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-01570-WYD-PAC

A.P. MOLLER - MAERSK A/S d/b/a MAERSK SEALAND, a Danish corporation,

Plaintiff(s),

v.

TINGEY TRADING INTERNATIONAL, INC., a Colorado corporation,

Defendant(s).

**ORDER OF DISMISSAL**

THIS MATTER is before the Court on the parties' Stipulated Motion to Dismiss [Docket #29], filed July 14, 2006.  The Stipulation seeks a dismissal of the case with prejudice, with any judgments previously issued heretofore remaining intact, pursuant to a settlement that resolves all disputes between the parties.  After a careful review of the Stipulation and the file, I conclude that the Stipulation should be approved and the case dismissed.  Accordingly, it is

ORDERED that the Stipulation of Dismissal with Prejudice is **APPROVED** and this matter is **DISMISSED WITH PREJUDICE**, with any judgments previously issued heretofore remaining intact, with the parties to pay their own attorney fees and costs.

Dated:  June 5, 2007

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
U. S. District Judge